UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicole Lynn Polito,

          Plaintiff,

v.

Pointe Dental Group,

          Defendant.

_____/

Case No. 22-10981
District Judge Paul D. Borman
Magistrate Judge Jonathan J.C. Grey

**AMENDED**
**REPORT AND RECOMMENDATION TO DISMISS CASE**

On May 6, 2022, Nicole Lynn Polito filed this pro se action against her former employer Pointe Dental Group ("Pointe Dental"), alleging that Pointe Dental terminated her in violation of the Americans with Disabilities Act (ADA) and disclosed her personal information in violation of the Health Insurance Portability and Accountability Act (HIPPA). (ECF No. 1.)

On July 26, 2022, Pointe Dental filed a motion to dismiss Polito's complaint. (ECF No. 11.) Polito requested an extension of thirty days to respond to the motion (ECF No. 14), and in a text-only order on August 12, 2022, the Court gave Polito leave to respond by September 15, 2022. On September 15, 2022, Polito again requested an extension of thirty days to

respond (ECF No. 15) and the Court ordered Polito to file a supplemental request by September 21, 2022, notifying the Court as to whether she sought concurrence from Pointe Dental in her second extension. Polito neither filed a supplemental notice nor filed a response to the motion to dismiss. On October 31, 2022, the Court set a hearing on the motion to dismiss and notified Polito at her listed address that the hearing would take place on November 15, 2022 at 10:00 a.m. (ECF No. 16.) The notice of hearing warned Polito that her failure to attend the hearing might result in the Court's dismissal of her complaint for failure to prosecute under Federal Rule of Civil Procedure Rule 41(b) and Eastern District of Michigan Local Rule 41.2. (ECF No. 16.)  Polito failed to attend the November 15, 2022 hearing and has failed to respond to the motion to dismiss.

On November 16, 2022, the Court ordered Polito to show cause by December 16, 2022 why the Court should not dismiss this case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2. (ECF No. 18.) As of the date of this Report and Recommendation, Polito has not responded to the Court's order to show cause. As a result, consideration of Fed. R. Civ. P. 41(b) and L.R. 41.2 require dismissal.

The undersigned **RECOMMENDS** dismissal of Polito's case **WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**


Dated:   January 12, 2023            s/**Jonathan Grey**
                                    Jonathan J.C. Grey
                                    United States Magistrate Judge

## Notice to the Parties About Objections

Within 14 days of being served with a copy of this Report and Recommendation, any party may object to and seek review of the proposed findings and recommendations set forth above. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). If a party fails to timely file specific objections, any further right of appeal is waived. *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991). Only specific objections to this Report and Recommendation are preserved for appeal; all other objections are waived. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991). Each objection must be labeled as "Objection No. 1," "Objection No. 2," etc. Each objection must precisely specify the provision of this Report and Recommendation objected to. In accordance with Local Rule 72.1(d), copies of objections must be served on this Magistrate Judge.

A party may respond to another party's objections within 14 days after service of any objections. Fed. R. Civ. P. 72(b)(2). Any such response should be concise and address each issue raised in the objections in the same order and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc. If the Court determines that any objections are without merit, it may rule without awaiting the response.

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2023.

<u>s/ **J. Owens**</u>
Julie Owens
Case Manager
