UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nicole Lynn Polito,

        Plaintiff,

v.

Pointe Dental Group,

        Defendant.

_____/

Case No. 22-cv-10981

Paul D. Borman
United States District Judge

Jonathan J.C. Grey
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE GREY'S JANUARY 12, 2023 REPORT AND RECOMMENDATION (ECF No. 20)

On January 12, 2023, Magistrate Judge Jonathan J.C. Grey issued a Report and Recommendation ("R&R") recommending that the Court dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2. (ECF No. 20.) Having reviewed the R&R, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the R&R in full. Therefore, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** and Defendant's pending Motion to Dismiss (ECF No. 11) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: January 31, 2023